IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 21 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No: 21-30010-SPM |
| | ) | |
| ALONZO J. STRINGER, SR, | ) | Title 18, |
| | ) | United States Code, |
| Defendant. | ) | 922(j) and 924(a)(2) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**POSSESSION OF STOLEN FIREARM**

From on or about August 13, 2020 and October 8, 2020, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**ALONZO J. STRINGER, SR,**

defendant herein, knowingly possessed a stolen firearm, that is, Leman Arms, Model M53, 8 caliber rifle, bearing serial number C-16326 and Smith and Wesson M&P 9mm semi-automatic firearm bearing serial number NFY6847, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

**Forfeiture of Firearms Allegation**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**ALONZO J. STRINGER, SR,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not

limited, to the following: Leman Arms, Model M53, 8 caliber rifle, bearing serial number C-16326; Smith and Wesson M&P 9mm semi-automatic firearm bearing serial number NFY6847 and any and all ammunition contained therein.

A TRUE BILL

███████████████

_____
ALEXANDRIA BURNS
Assistant United States Attorney

_____
Digitally signed by
STEVEN WEINHOEFT
Date: 2020.12.10
19:59:51 -06'00'

STEVEN D. WEINHOEFT
United States Attorney